**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL D. FOLEY,

    Appellant,

v.

LOIS BRADY, et al.

    Appellees.
_____/

No. C 04-03576 JSW

**ORDER DISMISSING WITHOUT PREJUDICE BANKRUPTCY APPEAL**

On August 25, 2004, Appellant Darrell D. Foley ("Foley") filed a notice of bankruptcy appeal. On December 14, 2004, Foley filed a motion to stay these proceedings. On January 24, 2005, Foley filed a motion for leave to proceed in forma pauperis.

On January 27, 2005, Judge Armstrong denied Foley's motion for leave to proceed in forma pauperis and denied without prejudice as moot the motion to stay. Judge Armstrong's Order required Foley to "pay the filing fee for his appeal within 30 days of the filing of this Order." (Docket 12, Order at 3.) Foley also was admonished that failure to pay the filing fee "will result in dismissal of Appellant's appeal pursuant to 28 U.S.C. § 1915(e)(2) without further notice to" him. (*Id.*)

On February 16, 2005 and March 14, 2005, respectively, Foley filed notices of appeal of Judge Armstrong's Order appealing that decision to the United States Court of Appeals for the Ninth Circuit. (*See* Docket Nos. 13, 17.)

On May 6, 2005, the Ninth Circuit dismissed the appeal filed on March 14, 2005 for lack of jurisdiction. (Docket No. 19.) On June 6, 2005, the Ninth Circuit dismissed the appeal filed on February 16, 2005, for failing to perfect the appeal. (Docket No. 21.)

Although his appeals of Judge Armstrong's Order were resolved over six months ago, Foley has not complied with Judge Armstrong's Order requiring him to pay the filing fee in this case to perfect his appeal of the Bankruptcy Court decision, nor does it appear Foley has taken other necessary steps to perfect the appeal. Accordingly, the Court HEREBY DISMISSES WITHOUT PREJUDICE this matter for failure to perfect the appeal.

**IT IS SO ORDERED.**

Dated: January 9, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE